```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
-------------------------------------------------------X   DOC#:_____
    KOHLBERG, ET AL.,                           :   DATE FILED: 11/9/2020
                                                :
                        Plaintiffs,             :
           -against-                            :   20-cv-06250 (ALC)
                                                :
                                                :
    BIRDSEY, ET AL.,                            :   ORDER
                                                :
                        Defendants.             :
                                                :
-------------------------------------------------------X
```

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' joint status report. ECF No. 82. Plaintiffs are ORDERED to file the consented-to amended complaint; publish the agreed-upon notice; and file the Amended or initial Certifications.

It is further ORDERED that any motion to serve as Lead Plaintiff must be filed no later than 60 days after the agreed-upon notice is published. Plaintiffs may file a motion to serve as Lead Plaintiff sooner, but no later, than that date. While the Court will not decide motions to serve as Lead Plaintiff prior to 60 days from the publishing of the agreed-upon notice, Plaintiffs filing their motion in advance of that deadline would aid the Court in deciding the motion expeditiously thereafter.

Plaintiffs are further ORDERED to file a letter confirming the date on which the agreed-upon notice is published. This letter must be filed no later than November 23, 2020.

**SO ORDERED.**

**Dated:  November 9, 2020**
       **New York, New York**                             _____
                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**