UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**KOHLBERG, ET AL.,**

        Plaintiffs,

        - against -

**BIRDSEY, ET AL.,**

        Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/7/2021__

20-cv-6250-ALC
**ORDER TO RESPOND**

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiffs are ORDERED to file a response stating their position on the requested extension of pages by April 8, 2021.

**SO ORDERED.**

Dated: New York, New York
      April 7, 2021

_____
ANDREW L. CARTER, JR.
United States District Judge