

1600 Liberty Building, 42...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 06/03/2021

bowling@ruppbaase.com

June 2, 2021

**VIA ECF and Electronic Mail**
ALCarterNYSDChambers@nysd.uscourts.gov

Hon. Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Dear Judge Carter:

> Re: Kohlberg et al. v. Birdsey et al., Case No. 1:20-cv-06250-ALC
> Request for Extension of Briefing Schedule for Motions to Dismiss
> Our File No.:  5369.28035

The undersigned represent the Plaintiffs in the above-referenced action. On April 13, 2021, Defendants filed four separate motions to dismiss. On May 7, 2021, this Court granted Plaintiffs' first request for an extension of time to file their opposition papers. ECF No. 117. Those papers are currently due on June 4, 2021.

Over the past month, Plaintiffs and Defendants have been involved in settlement negotiations. On May 21, 2021, Plaintiffs reached a settlement agreement with David Watkins. *See* ECF Nos. 21, 24. Settlement negotiations are ongoing. In light of these ongoing negotiations, Plaintiffs are requesting a two-week extension to file their opposition papers. Plaintiffs are optimistic that this two-week extension will result in limiting the issues before the Court on the pending motions.

Therefore, Plaintiffs respectfully request that the briefing schedule be amended as follows:

|  | Current Due Date | Proposed Due Date |
|---|---|---|
| Plaintiffs' Opposition Papers | June 4, 2021 | June 18, 2021 |
| Defendants' Reply Papers | July 9, 2021 | July 23, 2021 |

Last week, counsel to Defendant Birdsey indicated that Mr. Birdsey likely would not be opposed to this extension request but today declined to confirm his position on the extension. The Long Point defendants oppose this request based on their view that settlement negotiations have not

RUPP BAASE PFALZGRAF CUNNINGHAM LLC

Hon. Andrew J. Carter
June 2, 2021
Page 2

progressed enough to merit the extension and that Plaintiffs have already received sufficient additional time to respond to the motions. Counsel to GreatBanc has not yet indicated GreatBanc's position on this matter.

This is Plaintiffs' second request for an extension of time.

Thank you for your consideration of this matter.

Respectfully submitted,

| | |
|---|---|
| RUPP BAASE PFALZGRAF CUNNINGHAM, LLC<br>*Counsel to Plaintiff Betsy Sears*<br><br>/s/Anne K. Bowling<br>Anne K. Bowling<br>1600 Liberty Building<br>Buffalo, NY 14202<br>716-854-3400 (Tel)<br>716-332-0336 (Fax)<br>bowling@ruppbaase.com | POLLACK SOLOMON DUFFY LLP<br>*Counsel to Plaintiffs Marjorie Kohlberg, David Eijadi, Thomas McDougall, Melissa Lassor, Peter Ottavio, Mary Lou Jarkowski, and Jason Steinbock*<br><br>/s/Barry S. Pollack<br>Barry S. Pollack<br>Joshua L. Solomon<br>Peter J. Duffy<br>737 Third Ave., 32nd Floor<br>New York, NY 10017<br>212-493-3100 (Tel)<br>617-960-0490 (Fax)<br>bpollack@psdfirm.com |

,

Cc:   All counsel of record (via ECF and electronic mail)

**Defendants are hereby ORDERED to respond to Plaintiffs' request for an extension by no later than June 7, 2021.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: June 3, 2021