**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Christopher Y. L. Yeung**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1262
cyeung@cov.com

By ECF                                                                                                   June 4, 2021

Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

      Re:    *Marjorie Kohlberg et al. v. Tom Birdsey et al.*, 20 Civ. 6250 (ALC);
             LPC Defendants' Further Response to Plaintiffs' Request for a Second
             Extension of Time

Dear Judge Carter:

      We represent the three individual and five entity "LPC Defendants"[1] in the above-referenced action. The LPC Defendants do not oppose the extended briefing schedule for Defendants' motions to dismiss proposed by defendant Tom Birdsey, and agreed to by Plaintiffs: (1) Plaintiffs' deadline to file their opposition shall be extended to June 10, 2021; and (2) Defendants' deadline to file their replies shall be extended to July 15, 2021. *See* ECF 126.

                                                              Respectfully submitted,

                                                              */s/ Christopher Y. L. Yeung*
                                                              Christopher Y. L. Yeung

cc:      All Counsel (via ECF)

---

[1] Defendants Long Point Capital, Inc., Long Point Capital Fund II, L.P., Long Point Capital Partners II, L.P., Long Point Capital Fund III, L.P., Long Point Capital Partners III, L.P., Ira Starr, Norman Scherr, and Eric Von Stroh.