USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 07/09/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

**MARJORIE KOHLBERG,** *individually and as Administrator of the Estate of Edmund Kohlberg*, **ET AL.,**

                **Plaintiffs,**

    -against-

**TOM BIRDSEY, ET AL.,**

                **Defendants.**

---------------------------------------------------------------- x

**20-CV-6250 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendants' requests for an extension. ECF Nos. 132-33.

Plaintiff Sears is hereby **ORDERED** to respond to Defendants' requests for an extension by no later than July 12, 2021.

**SO ORDERED.**

**Dated:**     **July 9, 2021**
             **New York, New York**

*[signature: Andrew L. Carter]*

        **ANDREW L. CARTER, JR.**
        **United States District Judge**