UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARJORIE KOHLBERG, ET AL.,

                Plaintiffs,

  -against-                                              20 **CIVIL** 6250 (ALC)

## JUDGMENT

TOM BIRDSEY, ET AL.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Defendants' motions to dismiss are granted; accordingly, the case is closed.

**Dated:** New York, New York

            March 31, 2022

                                                                        RUBY J. KRAJICK

                                                                           Clerk of Court

                                        BY:

                                                                           Deputy Clerk